IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No.: 4:95-CR-41-5H

DUSHAWN LEVERT GARDNER,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Petitioner,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　)　　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Respondent.　　　　　　　　　)

This matter is before the court on petitioner's motion to dismiss the indictment in this case for lack of subject matter jurisdiction. Raising arguments previously raised in the myriad of motions filed by petitioner in this closed case, the petitioner attempts to have this court vacate his judgment.

This court, having reviewed petitioner's motion as well as the record in this case, finds that petitioner's motion fails to show sufficient basis for such a motion. The motion [DE #957] is DENIED.

This 31ᵗᵈ day of May 2018.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26