UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No.: 4:95-CR-41-D-5

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 1265) |
| DUSHAWN L. GARDNER | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 1265 (Medical Records) be sealed until further notice by this Court.

This 15 day of December, 2022.

JAMES C. DEVER III
United States District Judge