IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 4:95-CR-41-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DUSHAWN L. GARDNER, | ) | |
| | ) | |
| Defendant. | ) | |

The court has considered Dushawn Gardner's latest motion to reduce sentence [D.E. 1386] and the entire record. The court GRANTS Gardner's motion to consider additional material [D.E. 1397]. No material changes have occurred since the court most recently denied Gardner's request for compassionate release. See [D.E. 1294]; see also [D.E. 1142, 1210, 1214, 1236, 1312, 1313, 1326, 1327]. Thus, the court DENIES Gardner's motion to reduce sentence [D.E. 1386].

SO ORDERED. This 25 day of July, 2025.

JAMES C. DEVER III
United States District Judge